Lucy Zhou
Lucyc9987@yahoo.com
10/6/2024

U.S DISTRICT COURT

DISTRICT OF NEW JERSEY

Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102
973-645-3730

| Plaintiff | Defendant |
|---|---|
| Lucy Zhou | Recuva Hack Solutions |
| 407 Palmspring Dr. | 102 Overlook Center |
| Gaithersburg, MD 20878 | Princeton, NJ 08540 |
| lucyc9987@yahoo.com | recuvahackersolutions@consultus.co.site |

I was scammed twice during cryptocurrency investment. First scammer embedded a phishing site into Trust Wallet and led me to trade there. They stole all my funds.

In order to get funds back, I hired a cryptocurrency recovery company, Recuva Hack Solutions, which is a second scammer. This company lied to me multiple times started beginning that once they received my payment, my funds could be full recovered. The fact is that I never have gotten my funds back, but have been asked to continually pay for.

I claim the court to ask this company to return my payment total USD $6,000.00 back to me, pay my estimated cost around 2,000 associated with my law suit including my physical sick for several days, transportation may need, court filling..... Reimburse me estimate $1,000 if I need to pay for an investigator to locate it, and reward all my estimated attorney costs $5,000 that I mostly need an attorney's help, and 10% of my investment value around $5,400 since it delays my critical three days that caused my funds were removed by first scammer that I lost my chance to get another expert to pull or freeze my funds out before first scammer removed my funds to somewhere else.  Total I claim estimate $19,400.

Please see detail below:

I am filling complaint for a scam company, Recuva Hack Solutions (RHS). This company listed online is in cryptocurrency recovery business. RHS lied to me multiple times for promising me to get all my funds back, showing me fake screenshots with ridiculous amount, and asking me to pay unreasonable and large gas fees again and again. Every time it asked me to pay for and indicated funds came back to my wallet

immediately as long as they received my payment. In reality, I haven't received any funds back to my wallet and I haven't seen the work they did for me, but they continually asked me to pay more.

This scam company in three days asking me to pay up $10,000 and showed me fake pictures said from phishing site (no words, symbol, or web address on their pictures from the phishing site). I paid $6,000 and stopped paying continually that I was aware of it is scammer. RHS tried to erase our messages via WhatsApp twice to remove its fraud evidence.

I called the BBB at (609) 588 0808 to find its exact company address. Unfortunately, BBB can't find RHS registered in NJ for its business. Please allow me to serve it by electrically that we had several emails at beginning if I don't successfully serve it by a certificate mail based on the address that they gave to me. Hope we can prevent such criminal sooner to avoid more people getting fraud from RHS.

**Please see detail below:**

I met first scammer on Silver Singles dating site. He led me to download Trust Wallet (TW), on home page, hit the discover, run the https://whiazings.com  click connect and trade now to go to m.whiazings.com for trading cryptocurrency. I saw TW is legitimate. Unbelievable, first scammer embedded its phishing site into TW. After I was aware of the guy that is a scammer, I immediately withdrew my funds from trade platform and contacted TW. Unfortunately, the phishing site blocked me from withdrawing. Contacting TW, TW proved this is the phishing site, but had no help for my funds.  The phishing site was pending my funds and asked me to pay 20% of total for my withdrawal. Of course I didn't pay. Then, it removed me out of its phishing site.

In order to recover my funds before first scammer transferred my funds to somewhere else, I found RHS online and contacted it. At beginning, the company sent me an email asking me to pay $1,750 in front for purchasing the tool and 100% guaranteed my funds back withing 11-12 hours and another $1,750 pay completion (**Attach 1)**. Before I paid for, it changed its voice by asking me to pay $2,000 into Bitcoin machine, so they can get Bitcoin although I said I don't have Bitcoin in my account and I preferred paying credit card. Based on its instruction and rushed me to pay, I went to two machine locations after 11PM on Sept. 25, but both closed. Then I went and paid $2,000 via a Bitcoin machine on Sept. 26 morning **(2).**

Unfortunately, within 11-12 hours after RHS received my money, I had not received any funds back to my wallet although RHS indicated multi times that once they received my payment, they would process my recovery immediately and within 1 hour everything will be

done" **(3-5)**. When I questioned them, they raised gas fee that I needed to pay in order to continually process. They showed me the black screenshots that they were ready to pull my funds out of the phishing site and get back to my wallet, but I must pay gas fee $4,000.00 immediately to complete the transaction. **(6-8)**. I saw the amounts are totally different with my actual amount such as USDT $121,999 that is over 22 times larger than my actual amount **(9).** I immediately said the amounts are not right and I forwarded all funds detail to them at the beginning via email. It said "let us complete this transaction first **(10).** Someone called me via WhatsApp to explain why I needed to pay $4,000 immediately **(11**). I made sure via call and text under WhatsApp that I could get funds back, they guaranteed again once they received my funds, I could receive my funds to my wallet immediately **(12).** I immediately took my work off, came back to my home area, prepared cash, and paid to it in Bitcoin machine again per its request with $4,000 on Sept. 27 and they received my payment **(13).**

Unfortunately, again, I didn't see my funds back to my wallet as they said. When I questioned it, A guy said working on….. In my knowledge and experience, for withdrawal, if everything is ready as they showed me with my wallet receipt address there, it just needs a second to hit a withdrawal. At that time, I saw the red flag with RHS service. I assumed they would ask me to pay again next day.

In next day on Sept, 28, Saturday, RHS really asked me to pay additional $4,300 for covering gas fees increased again and needed to pay immediately **(14-15)**. I asked why I didn't receive my funds yesterday as you said and why I needed to pay additional fee? The guy said because I didn't pay immediately yesterday, and gas fee increased much. I requested for approval. Near 2 hours later, he sent a black screenshot that the total fund $123k almost the same amount with yesterday $122k, but the gas fee increased 4k **(16).** At that moment, I was totally aware of all the screenshots are fake that are not from phishing site as he said since there are no any words, symbol, address associated with phishing site. Instead, RHS made fake data to ask me to pay again.

The company frauds my money. I asked RHS to return my payments back to me, but it refused to return. Instead, the guy changed his voice by saying they processed yesterday already, so the gas fee already was used **(17),** but right before that, they mentioned due to fees increased. If processing was already done yesterday, did RHS take all funds to its own account? RHS lied to me time and time again.

To me, I don't see RHS did any work for me, but provides fake screenshots to ask me pay again and again with unreasonable charges. I am so upset to meet first scammer. I was so hopeful that RHS could get my funds back as it said several times. Unfortunately, RHS

scams me as well during my desperate time. I am crying out. My saving is from my hard work and taken by these scammers.

After that, I consulted others recovery companies. All of them said that is impossible to reverse my funds back to my wallet since first scammer removed me from its site, but RHS lies to me to ask me to pay again ang again. Also, I read some articles that RHS characteristics are the cryptocurrency recovery fraud.

Please help to ask RHS to return my money and pay all costs associate with my suit.


Sincerely,

Lucy Zhou

.



From: Lucy C (lucyc9987@yahoo.com)
To: recuvahackersolutions@consultus.co.site
Date: Wednesday, September 25, 2024 at 09:49 PM EDT

That is a great news. Go ahead to process. Let me know how I pay 1750 now. After totally recovered, I will pay more. Thank you!

Lucy

On Wednesday, September 25, 2024 at 09:42:38 PM EDT, Recuva Hacker Solutions <recuvahackersolutions@consultus.co.site> wrote:

Hello
We have done an in-depth sweep on the wallet address and website used, and they are indeed scammers.

However, we are able to track and monitor the transaction, and there is a 100% positive chance that your funds will be reversed back to your wallet within 11 -12 hours.

We can start the process immediately, such that you will have your funds back within the hours noted above. The total cost will amount to $3,500 USD for the services and purchase of the tools required.

We will require a deposit of $1,750 USD, which will be used to purchase phishing tools to acquire the scammer's sensitive information that will make the transaction possible, and malware that will be used to prevent them from detecting our presence in their systems to ensure a smooth operation. note that the balance of $1,750 USD will be paid after we complete the recovery of your funds.

Looking forward to your prompt response

1

**Wednesday 9/25**



**Thursday on 9/26**





5

**Friday 9/27**


2


6                                                                                                           7









**Saturday on 9/28:**






16



17

CERTIFICATE OF SERVICE

    I hereby certify that on 10/7/2024, a copy of the filing documents was served via certified mail to below address.  If certified mail is not successful since Recuva Hack Solutions didn't register its business in NJ per Better Business Bureau, I will serve it by electrically that we have several emails before. Please grant. Thank you!

Recuva Hack Solutions

102 Overlook Center

Princeton, NJ 08540

recuvahackersolutions@consultus.co.site

Plaintiff

*[signature]*

Lucy Zhou

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

Lucy Zhou_____,
           Plaintiff(s)

v.                                CASE NO. _____

Recuva Hack Solutions_____,
           Defendants(s).

## STATEMENT OF REDACTION
***(Submitted to Court Reporter / Transcription Agency and NOT filed)***
**Please list the page number and line number where redaction is necessary**
(i.e.: Social Security # on page 12, line 9, to read xxx-xx-6789)

| Docket No. Of Transcript | Page | Line(s) | Identifier |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**The undersigned understands that redaction of information other than personal identifiers listed below requires a separate motion and Court approval.

Date: _____10/6/2024_____        Attorney: _____

                                 For Party: _Request by Lucy Zhou_

Below is a list of items that are to be redacted pursuant to Fed. R. Civ. P. 5.2 as well as the Court's Policies and Procedures governing CM/ECF.
Redaction Checklist for attorneys:

✔ Social Security numbers to the last four digits;
✔ Financial account numbers to the last four digits;
✔ Dates of birth to the year;
  Names of minor children to the initials; and
✔ Home addresses to the city and state

NJD Redaction Statement.wpd                     DNJ-cmecf-007 (10/10)